plaintiff, do have and recover of and from The First National Bank of Fort Worth, Texas, third party defendant, the sum of $6750.86, together with interest thereon at the rate of 6% per annum from November 9, 1950, until paid.

It is further adjudged and decreed that The First National Bank of Fort Worth, Texas, fourth party plaintiff, do have and recover of and from Henry Merino, fourth party defendant, the sum of $6005.15, and of and from Henry Merino and Walter Jarvis, fourth party defendants, jointly and severally, the sum of $562.08, together with interest thereon at the rate of 6% per annum from November 9, 1950, until paid.

Insofar as the judgments of the Court of Civil Appeals and of the District Court deny to The First National Bank of Fort Worth, Texas, fourth party plaintiff, a recovery over against Shamrock Liquors, Inc., fourth party defendant, both judgments are affirmed.

All costs in the trial and appellate courts shall be charged against First National Bank in Dallas, The First National Bank of Fort Worth, Texas, Henry Merino and Walter Jarvis, and as between all such parties the costs shall follow the judgment.

No attorney on appeal for appellant.

James Pearson, County Atty., Sweetwater, George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Selling whisky in a dry area is the offense; the punishment, a fine of $200.

Neither a statement of facts nor bills of exception accompany the record, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.